UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

1:26-cv-1824
Jane M. Beckering
U.S. District Judge
Phillip J. Green
U.S. Magistrate Judge

Richardo Leodoro Urbina · No. 13178-040

Federal Correction Institute Fairton

P.O. Box 420

Fairton, New Jersey, 08320

**FILED - KZ**

June 10, 2026 2:03 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by JN / 6/10/26

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v.

PAUL Brandell

RAUL URBINA; et. al.

(Enter above the full name of the defendant or defendants in this action.)

" VERIFIED-COMPLAINT "

I.  **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐ No ☒

B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

**N/A**

2.  Is the action still pending?   Yes ☐ No ☒

a.  If your answer was no, state precisely how the action was resolved:  **N/A**

3.  Did you appeal the decision?  Yes ☐ No ☒

4.  Is the appeal still pending?  Yes ☐ No ☒

a.  If not pending, what was the decision on appeal?  **N/A**

5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?  Yes ☐ No ☒

If so, explain:  **N/A**

II. **Place of Present Confinement**  **FCI / Fairton New Jersey**

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

**Milan Federal Detition, Milan, Michigan**

-1-

III. **Parties**

A.  Plaintiff(s)

Place your name in the first blank and your present address in th e second blank. Provide the sam e information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Richardo Leodoro Urbina__

Address __FCI/Fairton, P.O. Box 420, Fairton, New Jersey, 08320__

B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in a n official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 __Paul Brandell__

Position or Title __Federal Court Reporter.__

Place of Employment __U.S. Federal Dist. Court/Western District Of Michigan__

Address __Federal Building, 110 Michigan Street, N.W. Grand Rapids,Mi.49503__

Official and/or personal capacity? __Official And Individual Capicity.__

Name of Defendant #2 __Raul Urbina :__

Position or Title __Private Citizen/USA:__

Place of Employment __Self Employed:__

Address __231 Rose Street S.W.  Grand Rapids, Michigan, 49507__

Official and/or personal capacity? __Individual Capicity:__

Name of Defendant #3 __Unknown:__

Position or Title __Unknown:__

Place of Employment __Unknown:__

Address __Unknown:__

Official and/or personal capacity? __Unknown:__

Name of Defendant #4 __Unknown:__

Position or Title __Unknown:__

Place of Employment __Unknown:__

Address __Unknown:__

Official and/or personal capacity? __Unknown:__

Name of Defendant #5 __Unknown:__

Position or Title __Unknown:__

Place of Employment __Unknown:__

Address __Unknown:__

Official and/or personal capacity? __Unknown:__

## IV. Statement of Claim

State here the facts of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a num ber of related claims, number and set forth each claim in a separate paragraph. Use as m uch space as you need. Atta ch extra sheets if necessary. RE: USA V. URBINIA CASE No. 1:18-cr-00051

1). On or about May 7th, 2019. Raul Urbina, Conspired with Paul Brandell a Court Reporter who was employed by United States District Court in the western District of Michigan, to record verbatim by shorthand, Mechanical means, Electronic Sound recording, Or any other [approved] Method...All proceedings in Criminal cases had in open Court. Paul B Brandell deleted and removed testimony of Government witnesses from trial Transcripts that showed I was not guilty of the Charges filed against me. Raul Urbina paid Paul Brandell to delete or alter Specific Testimony from the Trial record, because Raul Urbina did not want any favorable Testimony in the record for the Court ofAppeals to see and reverse the conviction, Because Raul Urbina wanted to gain all of our Elderly " Fathers property and bank accounts, needing me incarcerated to steal my portions of the Estate that was being left to me by our Father whom was expected to pass away at any moment. On or about 2024 Raul Urbina told me on the telephone, that he had arranged to pay Court Reporter Paul Brandell $5,000.00 dollars to remove things from the record and that I could rot in hell, while he would be investing the Founds from my fathers Estate to enjoy his life and there was nothing I could do to stop him because I have no funds to hire investigators or attorneys to help me.

2). Paul Brandell and Raul Urbina Conspired to Violate my Constitutional Rights and to Cause me to be incarcerated from Crimes which the evidence shows that I am not guilty of, in Violation of 42 USC 1983: 1985 and 1986 Civil Rights Conspiracies. The conduct herein Violates Michigan and Federal Statues: SEE:GRIFFIN V. BRECKENRIDGE, 403 U.S. 88, 96-101, 91 S.Ct. 1790 and the defendant herein is entitled to relief demanded by this verified complaint.

-3-

(Last Revised: June 2013)

V. **Relief**

State briefly and precisely what you want the court to do for you.

1).  ___I demand Jury Trial on all issues presented within the instant Verified Complaint. ___

___

2).  ___I would request that I be paid $ 2,000,000.00 dollars from each named defendant Brandell and Urbina Seperately for conspiring and violating my constitutional rights secured by the State Of Michigan and The United States Constitution. and that I further be paid $ 10,000,000.00 dollars Punitive Damages jointly from the defendants to show this type of conduct will not be tolerated from anyone. ___

___

3).  "That all acts discovered herein shall be refered to the United States Attorney for the filing of criminal charges because Conspiracy To Violate Constitutional Rights Carries up to Five years within Federal Prison and a term of Supervised Release.

(VI), <u>VERIFICATION:</u>

I, Richardo Leodoro Urbina state that all allegations and statements made herein are upon my personal knowledge and are true and correct under the penalty of perjury pursuant to 28 USC 1746 by my signature and date below.

Respectfully Submitted This _3rd_Day Of _May_2026

Richardo Leodoro Urbina # 13178-040
FCI/ Fairton
P.O. Box 420
Fairton, NJ. 08320

-4-

(Last Revised: June 2013)

Ricardo Leodc... 2/Li... #13128040
(F.C.I) Fairton Federal Correctional Institution
P.O. Box 420,
Fairton, NJ 08320

SOUTH JERSEY NJ 080
2 JUN 2026  PM 5 L
250

UNITED STATES
OF AMERICA
FOREVER/USA

United States District Court
Office of the Clerk
107 Federal  Bldg.
410 W. Michigan Ave.
Kalamazoo, MI    49007

49007-973628